■ VICTOR E. BASILE, JR., Appellant, v MANIKTALA ASSOCIATES, P. C., et al., Respondents.—Order affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. All concur, Lowery, J., not participating. (Appeal from order of Supreme Court, Onondaga County, Murphy, J.—dismiss causes of action.) Present—Dillon, P. J., Callahan, Green, Balio and Lowery, JJ.